UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11-CR-1072

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ROBERTO TACHER,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2012

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Terence Christian Scheurer attorney for Roberto Tacher and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Frank J. Gaviria, Esq.
    Frank J. Gaviria, PA
    175 sw 7TH Street, Ste 33130
    Miami, FL 33130
    Telephone: (305)379.4441
    Facsimile: (305) 379.4548
    Email: thefloridalawyer@yahoo.com

*Granted*
*[signature] Cote*
*Sept. 20, 2012*

is admitted to practice pro hac vice as counsel for Roberto Tacher in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the ECF system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

MEMO ENDORSED

Dated:
City, State:

_____
United States District/Magistrate Judge